JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MERRILL LYNCH CAPITAL SERVICES, INC.,

    Plaintiff,

v.

APACHE STRUCTURES, LLC,

    Defendant.

Case No. CV 09-06166-DMG (RZx)

**JUDGMENT**

This matter having come before the Court for a bench trial on July 6 through 9, 2010 and this Court having filed its Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff is entitled to recover the amount of $430,000 from Defendant;
2. Plaintiff is entitled to prejudgment interest on the recovery in the amount of 9% per annum from January 8, 2009 to July 9, 2010; and
3. Plaintiff is entitled to recover its reasonable costs of suit.

DATED: July 11, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE